UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JERRY HINES, JR.,

      Plaintiff,

    -v-

VETERANS OUTREACH CENTER,

      Defendant.

**DECISION AND ORDER**
10-CV-6493L

---

Plaintiff has requested appointment of counsel (Docket # 4). There is insufficient information before the Court at this time to make the necessary assessment of plaintiff's claims under the standards promulgated by *Hendricks v. Coughlin*, 114 F.3d 390, 392 (2d Cir. 1997), and *Hodge v. Police Officers*, 802 F.2d 58 (2d Cir. 1986), as issue has yet to be joined. Therefore plaintiff's motion for appointment of counsel is denied without prejudice at this time. It is the plaintiff's responsibility to retain an attorney or press forward with this lawsuit *pro se*. 28 U.S.C. § 1654.

    IT IS SO ORDERED.

                                      _____
                                      HONORABLE RICHARD J. ARCARA
                                      DISTRICT COURT

Dated:    Sept. 17, 2010