UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JERRY HINES, JR.,

                Plaintiff,

                                                             <u>DECISION AND ORDER</u>

                                                             10-CV-6493L

          v.

VETERANS OUTREACH CENTER,

                Defendant.
_____

      Plaintiff, Jerry Hines ("Hines"), who is proceeding *pro se*, has filed a motion for default judgment (Dkt. #15) and a motion for summary judgment (Dkt. #17). Both motions are denied.

      This Court previously granted defendant's motion for an extension of time to answer and during that time, the defendant moved to dismiss the complaint (Dkt. #13). That motion constitutes an appropriate response to the complaint, as provided by Rule 12 of the Federal Rules of Civil Procedure and, therefore, there is no basis to enter a default judgment.

      Plaintiff's motion for summary judgment is basically based on the same argument, that is, that the defendant failed to appear.


                                               CONCLUSION

      Plaintiff's motions for default judgment (Dkt. #15) and for summary judgment (Dkt. #17) are denied.

      IT IS SO ORDERED.

                                                      _____
                                                         DAVID G. LARIMER
                                                     United States District Judge

Dated: Rochester, New York
        January 21, 2011.